THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 James L.
 Heyward, Respondent/Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Petitioner/Respondent.
 
 
 

ON WRITS OF CERTIORARI

Appeal from Berkeley County
 Daniel  F.  Pieper, Circuit Court Judge
Memorandum Opinion No. 2007-MO-068
Submitted November 15, 2007  Filed December
 10, 2007   

 DISMISSED AS IMPROVIDENTLY 
GRANTED

 
 
 
 Deputy
 Chief Attorney for Capital Appeals Robert M. Dudek, of  South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, Columbia, for Respondent/Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia, for
 Petitioner/Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 appendix and briefs, both writs of certiorari are
DISMISSED
 AS IMPROVIDENLY GRANTED.
TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.